**SEALED**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-2
OCTOBER 23, 2018 SESSION



FILED
OCT 23 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.                          CRIMINAL NO. 3:18-00240
                            18 U.S.C. §2251(a)
                            18 U.S.C. §2251(e)
SCOTT EDWARD RIGGS          18 U.S.C. §2252A(a)(2)
                            18 U.S.C. §2252A(b)(1)

# I N D I C T M E N T

The Grand Jury Charges:

## COUNT ONE

### (Production of Child Pornography)

From in or about October 2017 to in or about January 2018, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant SCOTT EDWARD RIGGS did employ, use, persuade, induce, entice, and coerce a minor, Minor Female 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and made using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

## **COUNT TWO**

**(Distribution of Child Pornography)**

In or around January 2018, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant SCOTT EDWARD RIGGS did knowingly distribute and attempt to distribute child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, using a means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## FORFEITURE

In accordance with Section 2253(a) of Title 18 of the United States Code, and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised on the conviction of defendant SCOTT EDWARD RIGGS of a violation of 18 U.S.C. §§ 2251 et seq., as set forth in this indictment, the defendant shall forfeit to the United States any visual depictions and any books, magazines, periodicals, films, videotapes, and other matter which contains such visual depictions, which were produced, transported, mailed, shipped, or received in connection with the violations set forth in this indictment, any real and personal property constituting or traceable to gross profits or other proceeds obtained from the violations set forth in this indictment, and any real and personal property used or intended to be used to commit or to promote the commission of the violations set forth in this indictment, including, but not limited to:

- One (1) iPhone 4 model A1332, serial number 5K0352MJA4T; and

- One (1) iPhone 4 model A1349, serial number C38F67BDDDP7.

MICHAEL B. STUART
United States Attorney

By: *Jennifer Rada Herrald*
JENNIFER RADA HERRALD
Assistant United States Attorney